# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID DAMAS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | **CIVIL ACTION NO. 4:25-CV-01105-ALM-AGD** |
| | § | |
| TEXAS HEALTH FLOWER MOUND, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**<u>MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2026, the Magistrate Judge entered a Report (Dkt. #34) recommending that Defendant Texas Health Flower Mound's ("Defendant THFM") Motion to Dismiss (Dkt. #16) be granted. The Report further recommended that Plaintiff's "Motion to Process with the Harassment-Retaliation Case and Demanding-Defendant Deposition" (Dkt. #17) be denied. Further, the Report recommended that Plaintiff David Damas's ("Plaintiff") "Motion Opposition to Dismiss and Continuation on Retaliation, Harassment and Character Assassination Case" (Dkt. #27) be denied. Finally, the Report recommended that this case be dismissed without prejudice. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant THFM's Motion to Dismiss (Dkt. #16) is **GRANTED**. It is further **ORDERED** that Plaintiff's "Motion to Process with the Harassment-Retaliation Case and Demanding-Defendant Deposition" (Dkt. #17) is **DENIED**. Further, it is **ORDERED** that Plaintiff's "Motion Opposition to Dismiss and Continuation on Retaliation, Harassment and Character Assassination Case" (Dkt. #27) is **DENIED**. Finally, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 18th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE